# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SANDRA MILLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-15-1273-M ) |
| CAROLYN W. COLVIN, Acting Commissioner of the Social Security Administration, | ) ) ) ) ) |
| Defendant. | ) |

## ORDER

On December 13, 2016, United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation in this action in which plaintiff seeks judicial review of the final decision of defendant Acting Commissioner of Social Security Administration ("Acting Commissioner"), denying plaintiff's application for supplemental security income benefits. The Magistrate Judge recommended the Acting Commissioner's decision in this matter be affirmed. The parties were advised of their right to object to the Report and Recommendation by December 27, 2016. A review the file reveals no objections have been filed.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 21] issued by the Magistrate Judge on December 13, 2016, and

(2) AFFIRMS the decision of the Acting Commissioner.

**IT IS SO ORDERED this 17th day of January, 2017.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE